United States District Court
Southern District of Texas
**ENTERED**
July 17, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JAMAYAL HANNER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-19-2032 |
| § | |
| COMMISSIONER OF SOCIAL SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING THE MEMORANDUM AND RECOMMENDATION

Based on a de novo review of the memorandum and recommendation issued on June 26, 2020, by United States Magistrate Judge Christina A. Bryan, (Docket Entry No. 17), this court adopts it as this court's memorandum and opinion. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C). The plaintiff, Jamayal Hanner, did not object to the memorandum and recommendation.

The Commissioner of Social Security's motion for summary judgment, (Docket Entry No. 15), is granted. Hanner's summary judgment motion, (Docket Entry No. 13), is denied. The denial of benefits was consistent with the record evidence and the applicable legal standards. The court holds that the Commissioner did not err by denying Hanner's application for disability benefits, and the Commissioner's final decision is affirmed.

The court dismisses the case with prejudice and enters final judgment by separate order.

SIGNED on July 17, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge